BARBARA KULIG HOCHMULLER, Appellant, v BELLWEST MANAGE-
MENT CORPORATION et al., Respondents.

Submitted March 10, 2014; decided May 6, 2014

Motion for leave to appeal dismissed upon the ground that
the order sought to be appealed from does not finally determine
the action within the meaning of the Constitution.

In the Matter of JASIAH T.-V.S.J. HEART SHARE HUMAN SERVICES
OF NEW YORK, Respondent; JOSHUA W., Appellant.

Submitted March 31, 2014; decided May 6, 2014

Motion for leave to appeal dismissed as untimely (see CPLR
5513 [b]).

K2 INVESTMENT GROUP, LLC, et al., Respondents-Appellants, v
AMERICAN GUARANTEE & LIABILITY INSURANCE COMPANY,
Appellant-Respondent.

Submitted March 31, 2014; decided May 6, 2014

Motion for reargument denied with $100 costs and necessary
reproduction disbursements [see 22 NY3d 578 (2014)].

Judge ABDUS-SALAAM taking no part.

LAS PALMERAS DE OSSINING RESTAURANT, INC., Appellant, v
MIDWAY CENTER CORPORATION, Respondent.

Submitted March 17, 2014; decided May 6, 2014

Motion for leave to appeal dismissed upon the ground that
the order sought to be appealed from does not finally determine
the action within the meaning of the Constitution.